IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JACK GALARDI, RED EYED INC. d/b/a CRAZY HORSE SALOON, WALLEYE, LLC, MIA LUNA, INC. d/b/a PINK PONY SOUTH, and JG&P, LLC, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NUMBER |
| vs. | ) ) | 1:12-CV-00531-SCJ |
| CITY OF FOREST PARK, CORINE DEYTON, individually and in her official capacity as Mayor, SPARKLE ADAMS, MAUDIE MCCORD, and LINDA LORD, individually and in their official capacity as Council Members, and JOHN PARKER, individually and in his official capacity as City Manager, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

COME NOW The City of Forest Park, Georgia, Corine Deyton, Sparkle Adams, Maudie McCord, Linda Lord, and John Parker, individually and in their official capacity, defendants herein (hereinafter "defendants"), by and through counsel, and pursuant to LR 7.1D file this motion for leave to exceed page limits as

to their memorandum of law in support of their motion to dismiss plaintiffs' complaint in this case.  Defendants seek leave herein to file a memorandum of law of up to 60 pages in support of their motion to dismiss on the various grounds put forth in their memorandum of law in support filed contemporaneously herewith.

Respectfully submitted this 19th day of March, 2012.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Dana K. Maine*
Dana K. Maine
Georgia Bar No.
dmaine@fmglaw.com

*/s/ William J. Linkous, III*
William J. Linkous, III
Georgia Bar No. 453213
blinkous@fmglaw.com

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

[Signatures continued on following page.]

**MACK & HARRIS, P.C.**

Robert L. Mack, Jr.
Georgia Bar No. 463861
rlmack@mackandharris.com
Joe M. Harris, Jr.
Georgia Bar No. 330400
jharris@mackandharris.com

205 Corporate Center Drive
Suite B
Stockbridge, Georgia 30281
(678) 610-8155 (telephone)
(678) 610-8153 (facsimile)

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

Simon H. Bloom
Stephanie A. Everett
Sherri G. Buda
THE BLOOM LAW FIRM, LLP
977 Ponce de Leon Ave. NE
Atlanta, Georgia 30306

This 19th day of March, 2012.

/s/ Dana K. Maine
Dana K. Maine
Georgia Bar No.
dmaine@fmglaw.com

Attorney for Defendants

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
00091907.DOC